# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL COVARRUBIAS-MAGALLANES,<br><br>　　　　　　　Defendant. | Case No.: 16cr0833 JM<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

　　Upon motion of the United States of America and good cause appearing,

　　IT IS HEREBY ORDERED that the Indictment in the above-entitled case against defendant Samuel Covarrubias-Magallanes be dismissed without prejudice.

　　IT IS SO ORDERED.

DATED: November 9, 2016

_____
JEFFREY T. MILLER
United States District Judge